UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**WILLIAM PERVIS COLTER,**<br><br>Defendant. | Criminal Action No. 10-00175 (HHK)<br>**<u>SEALED</u>** |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On June 29, 2010, defendant, having consented to proceed before a magistrate judge for inquiry pursuant to Federal Rule of Criminal Procedure 11, appeared before Magistrate Judge John M. Facciola and expressed his desire to plead guilty. After making the inquiries required by Federal Rule of Criminal Procedure 11, Magistrate Judge Facciola determined that defendant is pleading guilty voluntarily with a full awareness of the consequences and of the rights he is surrendering by pleading guilty. Magistrate Judge Facciola further concluded that there is sufficient evidence to convince a reasonable person that defendant is guilty beyond a reasonable doubt. Accordingly, Magistrate Judge Facciola recommends that the Court accept defendant's guilty plea [#8]. Having considered the Magistrate Judge's Report and Recommendation and the record of this case, it is this 23rd day of July 2010, hereby

**ORDERED** that the defendant's guilty plea is accepted.

Henry H. Kennedy, Jr.
United States District Judge